United States District Court
Southern District of Texas

**ENTERED**

July 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **ELYSEE BAFOUANA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01067** |
| | § | |
| **TODD BLANCHE,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

In order to decide Petitioner's claims before the Court, the Court **ORDERS** a status update on Petitioner's immigration proceedings. The Parties are **ORDERED** to submit additional briefing updating the Court on the status of Petitioner's appeal to the BIA and what effect, if any, the status of Petitioner's immigration proceedings has on Petitioner's claims **on or before August 6, 2026**.

IT IS SO ORDERED.

SIGNED this July 30, 2026.

Diana Saldaña
United States District Judge